United States District Court
Southern District of Texas
**ENTERED**
July 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| INOCENCIO MARTINEZ MENDOZA, "Petitioner," | § § § | |
| v. | § § § | Civil Action No. 1:26-cv-00748 |
| TODD M. LYONS, *et al., in their official capacities,* "Respondents." | § § § § § | |

## ORDER

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition no later than 21 days after service of the Petition upon Respondents.

The Clerk of the Court is **DIRECTED** to deliver copies of the Petition (Dkt. No. 1) and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

SIGNED this July 27, 2026

Rolando Olvera
United States District Judge

1 / 1